**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>VETERANS AFFAIRS, et al.,<br><br>　　　　　　　Defendants. | 3:15-cv-00302-RCJ-VPC<br><br><br>**REPORT AND RECOMMENDATION<br>OF U.S. MAGISTRATE JUDGE** |

　　　　This report and recommendation is made to the Honorable Robert C. Jones, United States District Judge.  The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

　　　　On June 8, 2015, plaintiff submitted a four-page list of various words, company names, landmarks, countries, groups of people and addresses (#1).

　　　　On July 22, 2015, the court ordered plaintiff to submit an application to proceed *in forma pauperis* and a properly styled complaint on or before August 14, 2015 (#3).  Plaintiff was cautioned that failure to do so would result in a recommendation to the District Court to dismiss this action.  *Id.*  Since that time, plaintiff has filed two more documents that merely list repetitive words (#s 4 & 5); however, he has not filed an application to proceed *in forma pauperis* or a complaint as directed.[1]

　　　　Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

---

[1] The court notes that plaintiff has had multiple similar actions dismissed in this District.  See case nos.  3:11-CV-0278-RCJ (VPC); 3:11-CV-0808-RCJ (VPC); 3:13-CV-0174-RCJ (WGC); 3:12-CV-0223-LRH (VPC); 3:12-CV-0362-LRH (VPC); and 3:15-CV-0161-MMD (VPC).

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## **RECOMMENDATION**

For the reason stated above, the undersigned Magistrate Judge recommends that the District Court enter an order **DISMISSING** this action without prejudice.

DATED: November 9, 2015.

_____
UNITED STATES MAGISTRATE JUDGE